JOSEPH C. VINCENT, an Infant, by CHARLES D. VINCENT, His Father and Natural Guardian, Appellant, v. KENNETH DICKINSON et al., Respondents. CHARLES D. VINCENT, Appellant v. KENNETH DICKINSON et al., Respondents.—

Present — Goldman, P. J., Marsh, Gabrielli and Henry, JJ.